# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 2/12/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Martin Vance Cooper
P.O. Box 1062
Puunene, HI 96784

| Case Number: <br> 10−00401 | Social Security/Taxpayer ID/Employer ID/Other Nos.: <br> xxx−xx−0424 |
|---|---|
| Attorney for Debtor(s) (name and address): <br> Michael Collins <br> Cain & Herren LLP <br> 2141 W. Vineyard Street <br> Wailuku, HI 96793 <br> Telephone number: 808−242−9350 | Bankruptcy Trustee (name and address): <br> Dane S. Field <br> P.O. Box 4198 <br> Honolulu, HI 96812 <br> Telephone number: 808.232.8788 |

## Meeting of Creditors
Date: **April 13, 2010**          Time: **10:00 AM**
Location: **J. Walter Cameron Center, 95 Mahalani Street, Wailuku, HI**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 6/14/10**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:** <br> 1132 Bishop Street <br> Suite 250 <br> Honolulu, HI 96813 <br> Telephone number: (808) 522−8100 | **For the Court:** <br> Clerk of the Bankruptcy Court: <br> Michael B. Dowling |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 4:00 PM | Date: 2/12/10 |

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline.<br><br>A statement asserting that the debtor is ineligible to receive a discharge because 11 U.S.C. § 522(q)(1) may be applicable must be filed not later than the deadline to file a complaint objecting to discharge. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Property Under $2,500 | Unless an objection is filed within 21 days after the date of this notice, the trustee may sell property of the estate without further notice or hearing if the property's aggregate gross value is less than $2,500. |

### Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

```
District/off: 0975-1          User: lanie              Page 1 of 2           Date Rcvd: Feb 12, 2010
Case: 10-00401                Form ID: b9a             Total Noticed: 77
```

The following entities were noticed by first class mail on Feb 14, 2010.

```
db          +Martin Vance Cooper,    P.O. Box 1062,    Puunene, HI 96784-1062
aty         +Michael Collins,    Cain & Herren LLP,    2141 W. Vineyard Street,    Wailuku, HI 96793-1619
tr          +Dane S. Field,    P.O. Box 4198,    Honolulu, HI 96812-4198
993461     ++ADVANTA,    WELSH AND MCKEAN RD,    P O BOX 844,    SPRING HOUSE PA 19477-0844
             (address filed with court: Advanta Bank Corp,    P.O. Box 8088,    Philadelphia, PA 19101-8088)
993459      +Access Lifts of Hawaii, Inc,    1525 Young Street,    Honolulu, HI 96826-1923
993460      +Acorn Capital Group,    2 Greenwich Office Park,    Greenwich, CT 06831-5148
993462      +Aegis Receivables Management Inc.,    P.O. Box 165809,    Irving, TX 75016-5809
993463      +Alex Milano,    1181 Ho'o Ilina Place,    Haiku, HI 96708-5660
993464      +Aloha Natural Stone, Ltd.,    P.O. Box 1073,    Puunene, HI 96784-1073
993465      +Aloha State Sales,    2909 Ualena Street,    Honolulu, HI 96819-1913
993467      +Araki-Regan & Associates, LLC,    1823 Wells Street, Suite 2A,    Wailuku, HI 96793-2374
993468      +Artisan Tile & Stone, Inc.,    P.O. Box 1062,    Puunene, HI 96784-1062
993470      +BC Rock General Partnership,    P.O. Box 1062,    Puunene, HI 96784-1062
993472      +Brown Development,    588 Kai Hele Ku Street,    Lahaina, HI 96761-5706
993481      +CWA Inc.,    P.O. Box 1062,    Puunene, HI 96784-1062
993473       Cal-Western ReconveyanceCorporation,    P.O. Box 22004,    El Cajon, CA 92022-9004
993475      +Central Pacific Bank,    P.O. Box 3590,    Honolulu, HI 96811-3590
993477      +Christopher Maynard,    c/o - Timothy McNulty,    1993 S. Kihei Road,    Kihei, HI 96753-7834
993478      +Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
993479      +Citibank,    P.O. Box 769006,    San Antonio, TX 78245-9006
993480       Citibank,    P.O. Box 6575,    The Lakes, NV 88901-6575
993482       Daltile,    P.O. Box 100396,    Pasadena, CA 91189-0396
993484       Dreambuilder of the Pacific,    2111 Puuala Street,    Kula, HI 96790
993485      +Ed & Kathy Krafchow,    139 Erselia Trail,    Alamo, CA 94507-1311
993486      +Elegant Concepts,    2829 Awaawaloa Street,    Unit # V,    Honolulu, HI 96819-2060
993488       FIA Card Services,    P. O. Box 301200,    Los Angeles, CA 90030-1200
993487      +Fergus & Company,    4211 Waialae Avenue,    Suite 303,    Honolulu, HI 96816-5316
993489      +First Hawaiian Bank,    P.O. Box 3200,    Honolulu, HI 96847-0001
993490      +First Republic Bank,    1400 Civic Drive,    Walnut Creek, CA 94596-4187
993491       Food & Wine Books,    P.O. Box 5040,    Des Plaines, IL 60017-5040
993492       Geral Lee,    2111 Puuala Street,    Kula, HI 96790
993493      +Grante Loan Management,    10770 E. Briarwood Avenue,    Suite 280,    Englewood, CO 80112-3807
993494      +Gregory E. Brown,    588 Kai Hele Ku Street,    Lahaina, HI 96761-5706
993495      +Haliimaile General Store,    900 Haliimaile Road,    Makawao, HI 96768-9711
993496       Home Depot Credit Services,    P. O. Box 6028,    The Lakes, NV 88901-6028
993497      +Hung Duy Andy Pham,    2829 Awaawaloa Street,    Unit V,    Honolulu, HI 96819-2060
993498       J.A.V. Ventures,    2111 Puuala Street,    96790
993499      +John Bews,    45 Waikai Street,    Kihei, HI 96753-7704
993500      +John Kerr,    c/o - Windward Construction,    411 Kehuakona Street,    Kahului, HI 96732-3530
993501      +Karen Cooper,    790 Upper Kimo Drive,    Kula, HI 96790-8060
993502      +Kay Okamoto,    P.O. Box 630552,    Lanai City, HI 96763-0552
993503      +Keith Yamada, Esq.,    1000 Bishop Street,    Suite 1200,    Honolulu, HI 96813-4298
993504      +Kenny Bise,    c/o - Windward Construction,    411 Lehuakona Street,    Kahului, HI 96732-3530
993505      +La'a Kea, Inc.,    P.O. Box 1062,    Puunene, HI 96784-1062
993506      +Lattitudes,    210 Alamaha Street,    Kahului, HI 96732-2422
993507      +Law Office of David Rosen,    810 Richard Street,    Suite 880,    Honolulu, HI 96813-4734
993508      +Lou Dionece,    c/o - Windward Constructions,    411 Lehuakona Street,    Kahului, HI 96732-3530
993517      +MS International,    2095 N. Batavia Street,    Orange, CA 92865-3101
993509      +Marlon Quan,    2 Greenwich Office Park,    Greenwich, CT 06831-5148
993510      +Martin Mazur,    P.O. Box 1073,    Puunene, HI 96784-1073
993511      +Maui Builders, Inc.,    1325 S. Kihei Road,    Unit 104,    Kihei, HI 96753-8145
993512       McFarlene Cazale & Associates,    1631 Willow Street #200,    San Jose, CA 95125-5165
993513      +Mick Mehlmauer,    261 Lalo Street,    Unit F-2,    Kahului, HI 96732-2925
993514      +Miele Inc.,    9 Indepence Way,    Princeton, NJ 08540-6621
993515      +Mitzi Lee, Esq.,    The Arcade Building,    212 Merchant Street, Suite 227,
              Honolulu, HI 96813-2933
993516      +Morikawa & Associates, LLC,    P.O. Box 880280,    Pukalani, HI 96788-0280
993518      +Nextel Level Marble & Granite, Inc.,    46 Nohokai Street,    Kihei, HI 96753-8242
993519       Nissan Motor Acceptance Corp,    P.O. Box 78133,    Phoenix, AZ 85062-8133
993520      +Pacific Craftworks Maui, LLC,    2829 Awaawaloa Street,    Unit V,    Honolulu, HI 96819-2060
993521      +Pacific Craftworks, LLC,    2829 Awaawaloa Street,    Unit V,    Honolulu, HI 96819-2060
993522       Punahou Terrace Ltd/Touchstone,    Properties, 680 Iwilei Road,    Suite 550,    Honolulu, HI 96817
993523      +Richard Frunzi,    385 Hukilike Street,    Suite 210,    Kahului, HI 96732-3522
993524      +Robert Shearin,    2657 Cazadero Drive,    Carlsbad, CA 92009-5811
993525      +Scott LaRue,    c/o - Windward Construction,    411 Lehuakona Street,    Kahului, HI 96732-3530
993526      +State of Hawaii Dept. Of Taxation,    P. O. Box 259,    Honolulu, HI 96809-0259
993527      +Todd Brainard,    46 Nohokai Street,    Kihei, HI 96753-8242
993528      +Total Building Products, LLC,    94-453 Ukee Street,    Waipahu, HI 96797-4212
993529      +Town & Country Electric, Inc.,    261 Lalo Street # F2,    Kahului, HI 96732-2925
993530       Wells Fargo,    P. O. Box 98793,    Las Vegas, NV 89193
993531      +Wells Fargo Home Mortgage,    8480 Stagecoach Circle,    Frederick, MD 21701-4747
993532      +William W. Cooper,    250 Kawaihae Street,    Suite 9B,    Honolulu, HI 96825-1900
```

The following entities were noticed by electronic transmission on Feb 13, 2010.

```
tr          +EDI: QDSFIELD.COM Feb 13 2010 08:43:00      Dane S. Field,    P.O. Box 4198,
              Honolulu, HI 96812-4198
993466       EDI: AMEREXPR.COM Feb 13 2010 08:43:00      American Express,    P. O. Box 0001,
              Los Angeles, CA 90096-0001
993471       EDI: BMWFINANCIAL.COM Feb 13 2010 08:43:00      BMW Financial Services,    P.O. Box 3608,
              Dublin, OH 43016-4859
993469      +E-mail/PDF: ebknotice@boh.com Feb 13 2010 12:45:57      Bank of Hawaii,    P.O. Box 2900,
              Honolulu, HI 96846-0001
```

```
District/off: 0975-1           User: lanie                Page 2 of 2                Date Rcvd: Feb 12, 2010
Case: 10-00401                 Form ID: b9a               Total Noticed: 77
```

The following entities were noticed by electronic transmission (continued)
```
993474         EDI: CAPITALONE.COM Feb 13 2010 08:43:00     Capital One Bank,   P.O. Box 60024,
               City Of Industry, CA 91716-0024
993476        +EDI: CHASE.COM Feb 13 2010 08:43:00          Chase,   800 Brooksedge Blvd,
               Westerville, OH 43081-2822
993478        +EDI: CITICORP.COM Feb 13 2010 08:43:00       Citi,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
993479        +EDI: CITICORP.COM Feb 13 2010 08:43:00       Citibank,   P.O. Box 769006,
               San Antonio, TX 78245-9006
993480         EDI: CITICORP.COM Feb 13 2010 08:43:00       Citibank,   P.O. Box 6575,   The Lakes, NV 88901-6575
993483         EDI: DISCOVER.COM Feb 13 2010 08:43:00       Discover,   P. O. Box 30395,
               Salt Lake City, UT 84130-0395
                                                                                                TOTAL: 10

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 14, 2010**                          **Signature:** _Joseph Speetjens_