B6F (Official Form 6F) (12/07)

In re **Martin Vance Cooper** ,    Case No. **10-00401**

_____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Cooper** <br><br>**Access Lifts of Hawaii, Inc** <br>**1525 Young Street** <br>**Honolulu, HI 96826** | | - | | | **Statement 2009** <br>**Potential Personal Liability** | | | | 1,078.99 |
| Account No. **Cooper** <br><br>**Acorn Capital Group** <br>**2 Greenwich Office Park** <br>**Greenwich, CT 06831** | | | | | **Potential Personal Liability** | | | | Unknown |
| Account No. **1255** <br><br>**Advanta Bank Corp** <br>**P.O. Box 8088** <br>**Philadelphia, PA 19101-8088** | | - | | | **Opened 4/2007 - Last Active 8/2009** <br>**Credit Card** | | | | 25,706.00 |
| Account No. **Cooper** <br><br>**Alex Milano** <br>**1181 Ho'o Ilina Place** <br>**Haiku, HI 96708** | | - | | | **Statement** <br>**Potential lawsuit & claim** | | | | Unknown |

| | | |
|---|---|---|
| __15__ continuation sheets attached | Subtotal <br>(Total of this page) | 26,784.99 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com     S/N:30044-100528   Best Case Bankruptcy

In re __Martin Vance Cooper_____,    Case No. ____10-00401_____

_____Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Cooper**<br><br>**Aloha Natural Stone, Ltd.**<br>**P.O. Box 1073**<br>**Puunene, HI 96784** | | - | | **Potential Personal Liability** | | | | **Unknown** |
| Account No. **Cooper**<br><br>**Aloha State Sales**<br>**2909 Ualena Street**<br>**Honolulu, HI 96819** | | - | | **Statement 2009**<br>**Potential Personal Liability** | | | | **732.22** |
| Account No. **02007**<br><br>**American Express**<br>**P. O. Box 0001**<br>**Los Angeles, CA 90096-0001** | | - | | **Opened 12/1998 - Last Active 8/2009**<br>**Credit Card** | | | | **8,250.00** |
| Account No. **08000**<br><br>**American Express**<br>**P. O. Box 0001**<br>**Los Angeles, CA 90096-0001** | | - | | **Opened 5/1998 - Last Active 8/2009**<br>**Credit Card** | | | | **1,355.00** |
| Account No. **42009**<br><br>**American Express**<br>**P. O. Box 0001**<br>**Los Angeles, CA 90096-0001** | | - | | **Opened 12/2005 - Last Active 8/2009**<br>**Credit Card** | | | | **8,038.72** |

Sheet no. __1___ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,375.94**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re  **Martin Vance Cooper**                                    ,          Case No. ___**10-00401**_____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Cooper**<br><br>**Artisan Tile & Stone, Inc.**<br>**P.O. Box 1062**<br>**Puunene, HI 96784** | | - | | | Potential Personal Lawsuit | | | | Unknown |
| Account No. **7223**<br><br>**Bank of Hawaii**<br>**P.O. Box 2900**<br>**Honolulu, HI 96846** | | - | | | Opened 6/2007<br>Ex-wife was awarded thru divorce decree on title on Oahu Condo | | | | 86,810.00 |
| Account No. **Cooper**<br><br>**BC Rock General Partnership**<br>**P.O. Box 1062**<br>**Puunene, HI 96784** | | - | | | Potential lawsuit & claim | | | | Unknown |
| Account No. **Cooper**<br><br>**BMW Financial Services**<br>**P.O. Box 3608**<br>**Dublin, OH 43016-4269** | | - | | | Statement 2009<br>returned 12/2008<br>2006 BMW - lease | | | | 1,349.09 |
| Account No. **Cooper**<br><br>**Brown Development**<br>**588 Kai Hele Ku Street**<br>**Lahaina, HI 96761** | | - | | | Potential Personal Liability | | | | Unknown |

Sheet no. __**2**___ of __**15**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

88,159.09

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Martin Vance Cooper**                                    ,   Case No.  **10-00401**
                                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **4318** Capital One Bank P.O. Box 60024 City Of Industry, CA 91716-0024 | | - | | | Opened 3/2005 - Last Active 8/2009 Credit Card | | | | 2,191.00 |
| Account No. **0088** Central Pacific Bank P.O. Box 3590 Honolulu, HI 96811 | | - | | | Opened 8/2006 - Last Active 8/2009 Credit Card | | | | 9,975.00 |
| Account No. **Cooper** Central Pacific Bank P.O. Box 3590 Honolulu, HI 96811 | | - | | | Opened 11/2006 Loan Judgment | | | | 25,000.00 |
| Account No. **1435** Central Pacific Bank P.O. Box 3590 Honolulu, HI 96811 | | - | | | Statement 11/30/2009 Overdraft protection | | | | 10,526.64 |
| Account No. **3762** Chase 800 Brooksedge Blvd Westerville, OH 43081 | | - | | | Opened 4/2008 - Last Active 8/2009 Credit Card | | | | 10,221.00 |

Sheet no. **3** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **57,913.64**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Martin Vance Cooper** _____ ,    Case No. **10-00401** _____
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Cooper**<br><br>**Christopher Maynard**<br>**c/o - Timothy McNulty**<br>**1993 S. Kihei Road**<br>**Kihei, HI 96753** | | - | | | **Potential lawsuit & claim** | | | | **Unknown** |
| Account No. **6758**<br><br>**Citi**<br>**P.O. Box 6241**<br>**Sioux Falls, SD 57117** | | - | | | **Opened 10/1990 - Last Active 8/2009**<br>**Credit Card** | | | | **5,515.00** |
| Account No. **6758**<br><br>**Citibank**<br>**P.O. Box 6575**<br>**The Lakes, NV 88901-6575** | | - | | | **Opened - Last Active**<br>**Credit Card** | | | | **5,514.63** |
| Account No. **Cooper**<br><br>**CWA Inc.**<br>**P.O. Box 1062**<br>**Puunene, HI 96784** | | - | | | **Potential Personal Liability** | | | | **Unknown** |
| Account No. **Cooper**<br><br>**Daltile**<br>**P.O. Box 100396**<br>**Pasadena, CA 91189-0396** | | - | | | **Statement 2009**<br>**Potential Personal Liability** | | | | **3,533.45** |

Sheet no. **4** of **15** sheets attached to Schedule of        Subtotal        **14,563.08**
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

In re   **Martin Vance Cooper**                                    ,      Case No.   **10-00401**
_____
                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5685**<br><br>**Discover**<br>**P. O. Box 30395**<br>**Salt Lake City, UT 84130-0395** | - | | | Opened 5/2009 - Last Active 8/2009<br>Credit Card | | | | 9,135.00 |
| Account No. **Cooper**<br><br>**Dr Sandra Raucsh, M MD**<br>**c/o - Kaiser Permanente Medical Ctr**<br>**80 Mahalani Street**<br>**Wailuku, HI 96793-2531** | - | | | Potential Claim | | | | 65,000.00 |
| Account No. **Cooper**<br><br>**Dreambuilder of the Pacific**<br>**2111 Puuala Street**<br>**Kula, HI 96790** | - | | | Potential lawsuit & claim | | | | Unknown |
| Account No. **Cooper**<br><br>**Ed & Kathy Krafchow**<br>**139 Erselia Trail**<br>**Alamo, CA 94507** | - | | | Potential lawsuit & claim | | | | Unknown |
| Account No. **Cooper**<br><br>**Elegant Concepts**<br>**2829 Awaawaloa Street**<br>**Unit # V**<br>**Honolulu, HI 96819** | - | | | Potential lawsuit & claim | | | | Unknown |

Sheet no. __5___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

74,135.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                                Best Case Bankruptcy

In re __Martin Vance Cooper_____,  Case No. ___10-00401_____
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Cooper**<br><br>**Fergus & Company**<br>**4211 Waialae Avenue**<br>**Suite 303**<br>**Honolulu, HI 96816** | | - | | | Statement 2009<br>Unpaid rent | | | | 60,200.34 |
| Account No. **0279**<br><br>**FIA Card Services**<br>**P. O. Box 301200**<br>**Los Angeles, CA 90030-1200** | | - | | | Opened 2/2008<br>Flex Spending | | | | 24,842.00 |
| Account No. **1056**<br><br>**First Hawaiian Bank**<br>**P.O. Box 3200**<br>**Honolulu, HI 96847** | | - | | | Opened 3/31/2004<br>Judgement | | | | 18,185.29 |
| Account No. **1381**<br><br>**First Hawaiian Bank**<br>**P.O. Box 3200**<br>**Honolulu, HI 96847** | | - | | | Opened 11/2006 - Last Active 3/2009<br>Potential Personal Liability | | | | 20,711.72 |
| Account No. **Cooper**<br><br>**First Republic Bank**<br>**1400 Civic Drive**<br>**Walnut Creek, CA 94596** | | - | | | Potential lawsuit & claim | | | | Unknown |

Sheet no. _6___ of _15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

123,939.35

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re   **Martin Vance Cooper**                                      ,     Case No.   **10-00401**
                                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **5422** <br><br> **Food & Wine Books** <br> **P.O. Box 5040** <br> **Des Plaines, IL 60017-5040** | | - | | | Statement 2009 <br> Potential Personal Liability | | | | **49.83** |
| Account No. **Cooper** <br><br> **Geral Lee** <br> **2111 Puuala Street** <br> **Kula, HI 96790** | | - | | | Potential lawsuit & claim | | | | **Unknown** |
| Account No. **Cooper** <br><br> **Grante Loan Management** <br> **10770 E. Briarwood Avenue** <br> **Suite 280** <br> **Englewood, CO 80112** | | - | | | Potential Personal Liability | | | | **Unknown** |
| Account No. **Cooper** <br><br> **Gregory E. Brown** <br> **588 Kai Hele Ku Street** <br> **Lahaina, HI 96761** | | - | | | Potential Personal Liability | | | | **Unknown** |
| Account No. **Cooper** <br><br> **Haliimaile General Store** <br> **900 Haliimaile Road** <br> **Makawao, HI 96768** | | - | | | Statement 2009 <br> Potential Personal Liability | | | | **3,539.51** |

Sheet no. __**7**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **3,589.34**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com       Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Martin Vance Cooper**                                    ,   Case No.   **10-00401**
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0085**<br><br>**Home Depot Credit Services**<br>**P. O. Box 6028**<br>**The Lakes, NV 88901-6028** | - | | **Opened 2007 - Last Active 5/2009**<br>**Credit Card** | | | | 2,129.25 |
| Account No. **Cooper**<br><br>**Hung Duy Andy Pham**<br>**2829 Awaawaloa Street**<br>**Unit V**<br>**Honolulu, HI 96819** | - | | **Potential lawsuit & claim** | | | | Unknown |
| Account No. **Cooper**<br><br>**J.A.V. Ventures**<br>**2111 Puuala Street**<br>**96790** | - | | **Potential lawsuit & claim** | | | | Unknown |
| Account No. **Cooper**<br><br>**Jesse Spencer**<br>**Spencer Homes, Inc.**<br>**67 East Waiko Road**<br>**Wailuku, HI 96793-9318** | - | | **Opened 2006**<br>**Potential Personal Liability** | | | | 24,769.21 |
| Account No. **Cooper**<br><br>**John Bews**<br>**45 Waikai Street**<br>**Kihei, HI 96753** | - | | **Potential Personal Liability** | | | | Unknown |

Sheet no. **8** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  26,898.46

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re __Martin Vance Cooper_____,  Case No. __10-00401_____
                              Debtor

## AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. **Cooper** | | | | Potential Personal Liability | | | | |
| John Kerr c/o - Windward Construction 411 Kehuakona Street Kahului, HI 96732 | | - | | | | | | Unknown |
| Account No. **Cooper** | | | | Divorce decree | | | | |
| Karen Cooper 790 Upper Kimo Drive Kula, HI 96790 | | - | | | | | | Unknown |
| Account No. **Cooper** | | | | Potential lawsuit & claim | | | | |
| Kay Okamoto P.O. Box 630552 Lanai City, HI 96763 | | - | | | | | | Unknown |
| Account No. **Cooper** | | | | Potential Personal Liability | | | | |
| Kenny Bise c/o - Windward Construction 411 Lehuakona Street Kahului, HI 96732 | | - | | | | | | Unknown |
| Account No. **Cooper** | | | | Potential Personal Liability | | | | |
| La'a Kea, Inc. P.O. Box 1062 Puunene, HI 96784 | | - | | | | | | Unknown |

| | | |
| --- | --- | --- |
| Sheet no. __9___ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Martin Vance Cooper_____,  Case No. ___10-00401_____
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Cooper**<br><br>**Lattitudes**<br>**210 Alamaha Street**<br>**Kahului, HI 96732** | | - | | Potential Personal Liability | | | | **14,922.74** |
| Account No. **Cooper**<br><br>**Lou Dionece**<br>**c/o - Windward Constructions**<br>**411 Lehuakona Street**<br>**Kahului, HI 96732** | | - | | Potential Personal Liability | | | | **Unknown** |
| Account No. **Cooper**<br><br>**Marlon Quan**<br>**2 Greenwich Office Park**<br>**Greenwich, CT 06831** | | - | | Potential lawsuit & claim | | | | **Unknown** |
| Account No. **Cooper**<br><br>**Martin Mazur**<br>**P.O. Box 1073**<br>**Puunene, HI 96784** | | - | | Potential lawsuit & claim | | | | **Unknown** |
| Account No. **Cooper**<br><br>**Maui Builders, Inc.**<br>**1325 S. Kihei Road**<br>**Unit 104**<br>**Kihei, HI 96753** | | - | | Potential Personal Liability | | | | **Unknown** |

Sheet no. __10__ of __15__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                     (Total of this page)           **14,922.74**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re __Martin Vance Cooper_____,  Case No. ___10-00401_____
                              Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Cooper** <br><br> **McFarlene Cazale & Associates** <br> **1631 Willow Street #200** <br> **San Jose, CA 95125-5165** | - | | Potential lawsuit & claim | | | | Unknown |
| Account No. **Cooper** <br><br> **Mick Mehlmauer** <br> **261 Lalo Street** <br> **Unit F-2** <br> **Kahului, HI 96732** | - | | Potential lawsuit & claim | | | | Unknown |
| Account No. **Cooper** <br><br> **Miele Inc.** <br> **9 Indepence Way** <br> **Princeton, NJ 08540** | - | | Statement 2009 <br> Potential Personal Liability | | | | 4,382.19 |
| Account No. **Cooper** <br><br> **Miyake Concrete Accessories** <br> **250 N Waiehu Beach Road** <br> **Wailuku, HI 96793** | - | | Potential Claim | | | | 65,000.00 |
| Account No. **Cooper** <br><br> **Morikawa & Associates, LLC** <br> **P.O. Box 880280** <br> **Pukalani, HI 96788** | - | | Statement 2009 <br> Potential Personal Liability | | | | 5,250.00 |

Sheet no. __11__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  74,632.19

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com  Best Case Bankruptcy

6/02/10 7:10PM

B6F (Official Form 6F) (12/07) - Cont.

In re __Martin Vance Cooper__ ,      Case No. __10-00401__
_____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Cooper**<br><br>**MS International**<br>**2095 N. Batavia Street**<br>**Orange, CA 92865** | - | | | **Statement 2009**<br>**Potential Personal Liability** | | | | **6,935.76** |
| Account No. **Cooper**<br><br>**Nextel Level Marble & Granite, Inc.**<br>**46 Nohokai Street**<br>**Kihei, HI 96753** | - | | | **Potential lawsuit & claim** | | | | **Unknown** |
| Account No. **Cooper**<br><br>**Nissan Motor Acceptance Corp**<br>**P.O. Box 78133**<br>**Phoenix, AZ 85062-8133** | - | | | **Statement 2009**<br>**Returned 12/2009**<br>**2008 Nissan - lease** | | | | **6,163.28** |
| Account No. **Cooper**<br><br>**Pacific Craftworks Maui, LLC**<br>**2829 Awaawaloa Street**<br>**Unit V**<br>**Honolulu, HI 96819** | - | | | **Potential lawsuit & claim** | | | | **Unknown** |
| Account No. **Cooper**<br><br>**Pacific Craftworks, LLC**<br>**2829 Awaawaloa Street**<br>**Unit V**<br>**Honolulu, HI 96819** | - | | | **Potential lawsuit & claim** | | | | **Unknown** |

Sheet no. __12__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **13,099.04**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy

In re __Martin Vance Cooper_____,    Case No. ___10-00401_____
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Cooper**<br><br>**Punahou Terrace Ltd/Touchstone Properties, 680 Iwilei Road Suite 550 Honolulu, HI 96817** | | - | | | **Statement 2009 Potential Personal Liability** | | | | 5,747.92 |
| Account No. **Cooper**<br><br>**Richard Frunzi 385 Hukilike Street Suite 210 Kahului, HI 96732** | | - | | | **Statement 2009 Potential Personal Liability** | | | | 16,810.37 |
| Account No. **Cooper**<br><br>**Robert Shearin 2657 Cazadero Drive Carlsbad, CA 92009** | | - | | | **Potential lawsuit & claim** | | | | Unknown |
| Account No. **Cooper**<br><br>**Roger Marlin Mcfarlane, Cazale & Associates 1631 Willow Street, Suite # 200 San Jose, CA 95125-5108** | | - | | | **Opened 2007 thru 2010 Various accounting fees** | | | | 36,481.12 |
| Account No. **Cooper**<br><br>**Scott LaRue c/o - Windward Construction 411 Lehuakona Street Kahului, HI 96732** | | - | | | **Potential Personal Claim** | | | | Unknown |

Sheet no. __13__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

59,039.41

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

In re __Martin Vance Cooper__ , Case No. __10-00401__
_____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Cooper**<br><br>**State of Hawaii Dept. Of Taxation**<br>**P. O. Box 259**<br>**Honolulu, HI 96809** | | - | | **Opened 2001 & 2002**<br>**2001 & 2002 Tax Lien**<br>**Potential Personal Liability** | | | | **31,828.57** |
| Account No. **Cooper**<br><br>**Todd Brainard**<br>**46 Nohokai Street**<br>**Kihei, HI 96753** | | - | | **Potential lawsuit & claim** | | | | **Unknown** |
| Account No. **Cooper**<br><br>**Total Building Products, LLC**<br>**94-453 Ukee Street**<br>**Waipahu, HI 96797** | | - | | **Statement 2009**<br>**Potential Personal Liability** | | | | **3,554.62** |
| Account No. **Cooper**<br><br>**Town & Country Electric, Inc.**<br>**261 Lalo Street # F2**<br>**Kahului, HI 96732** | | - | | **Statement 2009**<br>**Potential Personal Liability** | | | | **11,619.98** |
| Account No. **Cooper**<br><br>**Wells Fargo**<br>**P. O. Box 98793**<br>**Las Vegas, NV 89193** | | - | | **Opened 9/2002 - Last Active 8/2009**<br>**Credit Card** | | | | **14,096.00** |

Sheet no. __14__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**61,099.17**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re   **Martin Vance Cooper**
_____,  Case No. ___**10-00401**_____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Cooper**<br><br>**William W. Cooper**<br>**250 Kawaihae Street**<br>**Suite 9B**<br>**Honolulu, HI 96825** | | - | | **Opened 10/1/2009 Loan** | | | | 100,000.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __**15**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 100,000.00 |
| Total<br>(Report on Summary of Schedules) | 757,151.44 |

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of Hawaii

In re    **Martin Vance Cooper**          Case No.    **10-00401**

Debtor(s)        Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$64,731.00** | **Gross** |
| | **2008 (joint)** |
| **$70,105.00** | **Gross** |
| | **2009** |
| **$4,500.00** | **Gross** |
| | **2010** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$19,200.00** | **Rental** **2008 (joint)** |
| **$948.00** | **State Tax Refund** **2008 (joint)** |
| **$36,000.00** | **Rental** **2009** |
| **$7,100.00** | **Rental** **2010** |
| **$5,406.00** | **Federal Tax Refund** **2008** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Central Pacific Bank vs. Martin Cooper Civil No. 09-1-0883(1)** | **Assumpsit** | **Circuit Court Wailuku, HI 96793** | **Pending** |
| **Bank of Hawaii vs. Martin Cooper Civil No. 09-1-2948-12** | **Foreclosure** | **Circuit Court Wailuku** | **Pending** |
| **First Hawaiian Bank vs. Martin Cooper Civil No. 10-1-0184** | **Assumpsit** | **District Court Wailuku, HI 96793** | **Pending** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **BMW Financial Services P.O. Box 3608 Dublin, OH 43016-4269** | **12/2008** | **Returned 2006 BMW** |
| **Nissan Motor Acceptance Corp P.O. Box 78133 Phoenix, AZ 85062-8133** | **12/2009** | **Returned 2008 Nissan** |

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Cain and Herren, LLP** **2141 W. Vineyard Street** **Wailuku, HI 96793** | **11/16/2009** | **$1,800.00** |

### 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Roger & Sherry Marlin** **1631 Willow Street** **Suite # 200** **San Jose, CA 95125** **Buyer** | **9/15/2008** | **Vacant Lot** **(sold for $75,138.00) (joint with ex-wife, Karen Cooper)** |
| **David Rodrigues** **Buyer** | **1/2009** | **1. Perazzi 12ga w/broken stock - $2,000.00** **2. Beretta 12ga - $400.00** **3. Beretta 20ga - $400.00** |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Central Pacific Bank**<br>**Kahului Branch**<br>**Kahului, HI 96732** | **Checking Account**<br>**$250.00** | **$250.00**<br>**7/2009** |

**12. Safe deposit boxes**

None ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |
| **First Hawaiian Bank**<br>**Kahului Branch**<br>**Kahului, HI 96732** | **Martin Cooper** | **Estate Planning Documents** | |
| **Central Pacific Bank**<br>**Kahului Branch**<br>**Kahului, HI 96732** | **Martin Cooper** | **Estate Planning Documents** | |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **1181 Ho'olina Place**<br>**Haiku, HI 96708** | **Martin Vance Cooper** | **2/9/1994 - 11/1/2008** |
| **1454 Hogback Road**<br>**Haiku, HI 96708** | **Martin Vance Cooper** | **11/1/2008 - 12/31/2009** |
| **139 Mo'olu Circle**<br>**Wailuku, HI 96793** | **Martin Vance Cooper** | **1/2010 to present** |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| CWA Ventures LLC | 27-0241342 | P.O. Box 1062 Puunene, HI 96784 | Architecture | 5/21/2009 to present |
| La'a Kea, Inc. | 99-0344384 | P.O. Box 1062 Puunene, HI 96784 | General Contracting Firm | 7/12/1999 to present |
| Artisan Tile & Stone, Inc. | 30-0323891 | 395 Dairy Road Suite O Kahului, HI 96732 | Natural Stone Sales & Installation | 7/1/2005 - 12/31/2009 (dissolved) |
| BC Rock General Partnership | 2159 | 395 Dairy Road Suite O Kahului, HI 96732 | Natural Stone Sales & Installation | 11/4/2002 - 4/1/2005 (dissolved) |
| BC Rock, Inc. | 27-0109042 | 395 Dairy Road Suite O Kahului, HI 96732 | Natural Stone Sales & Installation | 10/12/2004 - 12/31/2009 (dissolved) |
| BC Rock Nevada | 0424 | 395 Dairy Road Suite O Kahului, HI 96732 | Natural Stone Sales & Installation | Never used |
| Cooper-Wagner & Associates | 11242720 | P.O. Box 1012 Haiku, HI 96708 | Architectural Firm | 11/27/1995 - 7/13/2005 (dissolved) |
| CWA, Inc. | 99-0344383 | 395 Dairy Road Suite O Kahului, HI 96732 | Architectural Firm | 9/1/2006 - 12/31/2009 (dissolved) |
| Kupu Partnership | 0424 | 395 Dairy Road Suite O Kahului, HI 96732 | Family Partnership | 5/7/1999 to 12/31/2009 (dissolved) |
| La'a Kea Properties LLC | 20-5739501 | 395 Dairy Road Suite O Kahului, HI 96732 | Landholding Company | 9/24/2006 (Sold interest in June, 2008) |
| La'a Kea Waiolani LLC | 20-8386112 | 395 Dairy Road Suite O Kahului, HI 96732 | Landholding Company | 1/24/2006 - 12/31/2009 (Forced out b Managing Partner) |
| Three Amigos LLC | 0424 | 395 Dairy Road Suite O Kahului, HI 96732 | Shell | Never used |
| La'a Kea Building Supplies | 26-1609542 | 395 Dairy Road Suite 0 Kahului, HI 96732 | | Never used |

None ■     b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

None
■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None
■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                    ADDRESS

None
■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

**20. Inventories**

None
■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
                                                            (Specify cost, market or other basis)

None
■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                         RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None
■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                        NATURE OF INTEREST            PERCENTAGE OF INTEREST

None
■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                        TITLE            NATURE AND PERCENTAGE
                                                         OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None
■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                        ADDRESS                        DATE OF WITHDRAWAL

None
■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                        TITLE            DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **June 2, 2010**          Signature  **/s/ Martin Vance Cooper**

**Martin Vance Cooper**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Attorney or Party Name, Address, Phone, Fax, Email:

**Michael J. Collins**
**2141 W. Vineyard Street**
**Wailuku, HI 96793**
**808-242-9350**
**Fax: 808-242-6139**
**david@cainandherren.com**

For court use only

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF HAWAII

Case No.: **10-00401**

In re:

**Martin Vance Cooper**

Chapter: **7**

Debtor(s).

## COVER SHEET FOR AMENDMENTS

| *Check all of the following that are being amended.* | ☐ List of Creditors / Mailing Matrix |
|---|---|
| Schedules: ☐ A ☐ B ☐ C ☐ G ☐ H ☐ I ☐ J | ($26 fee unless (i) only updating an address, or (ii) only adding a creditor's attorney, or (iii) uploading creditors in ECF without amending schedules) |
| Schedules: ☐ D ☐ E ☒ F ($26 fee for 1 or more) | |
| ☒ Statement of Financial Affairs | ☐ List of Equity Security Holders |
| ☐ Statement of Intention | ☐ List of 20 Largest Unsecured Creditors |
| ☐ Ch 7 Current Monthly Income with Means Test | ☐ Chapter 11 Current Monthly Income |
| ☐ Ch 13 Current Monthly Income with Disposable Income Calculation | |

## DECLARATION BY DEBTOR(S)

I declare under penalty of perjury that the attached amendments are correct to the best of my knowledge, information, and belief. [*If filing electronically through ECF, a* **Declaration re: Electronic Filing** *with original signatures must be submitted on paper within 5 business days after filing the amendments.*]

June 6, 2010

Date

/s/ Martin Vance Cooper

**Martin Vance Cooper**
Debtor

## CERTIFICATE OF SERVICE

The undersigned certifies:

☐ Notice of the amendments has been served on all creditors and parties in interest on the attached service list. (If exemptions or exemption amounts have been amended, a copy of Schedule C has been served on all creditors and parties in interest, including the U.S. Trustee and Trustee.)

☐ A copy of the Notice of Bankruptcy Case, Meeting of Creditors, & Deadlines has been served on the additional creditors and parties in interest identified on the attached service list.

Dated: June 6, 2010

/s/ Michael J. Collins
**Michael J. Collins**

hib_1009-1          3/06          **Attach amended schedules, lists, or statements.  Attach service list with names and addresses.**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com          Best Case Bankruptcy

U.S. Bankruptcy Court - Hawaii   #10-00401   Dkt # 28   Filed  06/02/10  Page 26 of 26