Ronald K. Kotoshirodo
76 N. King Street, Suite 209
Honolulu, Hawaii 96817
Telephone: (808) 545-7700
Facsimile: (808) 545-7100
rkotoshirodo@hawaii.rr.com

Attorney for Trustee Dane S. Field

For court use only

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII**

Debtor(s): **MARTIN VANCE COOPER**

Case No.: **10-00401**

Chapter 7

# STIPULATED ORDER TO EXTEND TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE OR TO DETERMINE DISCHARGEABILITY, OR MOTION TO DISMISS

Pursuant to Fed. R. Bankr. P. 9006(b)(3), the Debtor and, if any, Joint Debtor, stipulate to an extension of time under rules 4004(a), 4007(c), and/or 1017(e) for the parties identified below to file the type of complaint or motion described below. Extended deadline: **November 15, 2010**

☒ Complaint objecting to discharge (11 U.S.C. § 727)

☒ Complaint to determine dischargeability of a particular debt (11 U.S.C. § 523(c))

☒ Motion to dismiss for substantial abuse (11 U.S.C. § 707(b))

The extended deadline applies to the following parties:

☒ All creditors and parties in interest, including Trustee and United States Trustee

☐ *Only* Trustee and United States Trustee

☐ *Only* [*name party*]:

| Dated: August 19, 2010 | /s/ Michael J. Collins | /s/ |
| | Debtor / Attorney | Joint Debtor / Attorney |
| Dated: August 19, 2010 | /s/ Ronald K. Kotoshirodo | /s/ |
| | Attorney for Trustee | |

**APPROVED AND SO ORDERED:**

*/s/ Robert J. Faris*
**United States Bankruptcy Judge**
Dated: August 23, 2010